

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 6 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JASON CAMACHO AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

Civil Case No.: 1:18-cv-00515

vs.

ST. FRANCIS COLLEGE,

          Defendant.
----------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jason Camacho, by and through his undersigned attorneys stipulates and agrees to a dismissal with prejudice of this action against St. Francis College.

This Stipulation may be signed in counterparts and any facsimile signature will be deemed an original for purposes of this Stipulation.

Each party will bear its own attorney fees and costs.

Dated: New York, New York
      June 19, 2018

Gottlieb & Associates

By: *Dana Gottlieb*
    Dana Gottlieb

150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 879-0240
Fax: (212) 982-6284
danalgottlieb@aol.com
Attorney for Plaintiff
*Jason Camacho*

Biedermann Hoenig Semprevivo,
A Professional Corporation

By: _____
    Christine I. Laurent

One Grand Central Place
60 East 42nd Street, Suite 660
New York, New York 10165
Tel: (646) 218-7560
Fax (646) 218-7510
christine.laurent@lawbhs.com
Attorneys for Defendant
*St. Francis College*

So ordered,
/s/(ARR)